0F227 - P90

IN THE COURT OF COMMON PLEAS,
FRANKLIN COUNTY, OHIO
CIVIL DIVISION

Hilda Gunter
1620 Lonsdale Road, Apt. 217
Columbus, Ohio 43232

                              Case No. _____

        Plaintiff,                  Judge _____

v.

Dollar General
c/o Dolgen Midwest, LLC
 Statutory Agent
100 Mission Ridge
Goodlettsville, TN 37072

                              **Jury Demand Endorsed Herein**

        Defendant,

### COMPLAINT

Now comes the Plaintiff, Hilda Gunter, by and through undersigned counsel, and for her

Complaint, alleges and avers as follows:

### I. Causes of Action

### Facts Common to All Causes of Action

1.     At all relevant times herein, Plaintiff, Hilda Gunter (hereinafter "Gunter") was a resident

of the State of Ohio, City of Columbus, and County of Franklin.

2.     At all relevant times herein, Defendant Dollar General (hereinafter "Dollar General") is a

company doing business in the State of Ohio, City of Columbus, and County of Franklin.

**First Cause of Action:**

3.     Plaintiff hereby incorporates paragraphs 1 through 2 of her Complaint as if fully rewritten

herein.

1



EXHIBIT
A

0F227 - P91

4.      On or about May 31, 2020, Gunter entered the Dollar General store located at 5950 E. Livingston Avenue, Columbus, Ohio 43232 ("Property") where she slipped and fell on a rubber mat. As a result of the fall, Gunter hit her head and broke her left wrist and right toe. *See,* Customer Incident Report attached hereto as Exhibit A.

5.      Gunter was unable to discover the unsafe rubber mat because she was focused on entering the property.

6.      Although Dollar General knew or should have known of the hazardous condition, Gunter was unable to discover the defective and negligently placed rubber mat because she was focused on entering the property.

7.      As a direct and proximate cause of the Defendant, Gunter suffered bodily injury, some of which may be permanent, along with pain, mental anguish and emotional distress.

8.      As a further direct and proximate result of the Defendant's negligence, Frankie Brown incurred special damages including past, present, and future medical expenses and out-of-pocket expenses.

## FIRST CLAIM
### (Negligence)

9.      Plaintiff repeats and realleges the allegations set forth in the preceding paragraphs as if fully rewritten herein.

10.     Dollar General had a duty to maintain, repair and keep all areas of the Property in a safe condition and to otherwise safely and properly maintain its rubber mats to prevent injuries to customers like Gunter.

11.     Dollar General had a common law and/or statutory duty to properly maintain the property.

12.     Dollar General owed a duty to Gunter to properly maintain its rubber mats at the

2

Property; Dollar General affirmatively created the defect or nuisance and/or negligently maintained the defective and dangerous condition; and Dollar General negligently permitted the defective condition to exist.

13.     Dollar General breached its duty to Gunter by failing to maintain, negligently maintaining and/or failing to maintain its rubber mats at the Property. Dollar General also breached its duty by failing to warn Gunter of the dangerous condition.

14.     Because Gunter was an invitee, Dollar General owed a duty to Gunter to maintain the rubber mats at the Property in a reasonably safe manner and/or to warn Gunter of defects.

15.     Gunter was also a frequenter as defined by R.C. 4101.11. Dollar General owed a duty to Gunter pursuant to R.C. 4101.11 to do everything reasonably necessary to protect the life, health, safety and welfare of frequenters like Gunter when she came to the Property, and/or to warn of dangerous conditions at the Property.

16.     As a direct and proximate result of Dollar General's breach of its duty, Gunter was severely injured and is entitled to damages.

17.     As a further direct and proximate result of the aforesaid negligence, Hilda Gunter has undergone a great deal of pain and suffering in connection with the above referenced injuries. In addition, she has been unable to participate in many pleasurable activities which she enjoyed prior to this incident.

       **WHEREFORE**, Plaintiff, Hilda Gunter, prays for judgment against Defendant, on her claims herein in an amount in excess of $25,000.00 for the injuries and other damages, including medical expenses, costs and such other relief as may be appropriate.

0F227 - P93

Respectfully submitted,

/s/ Brian M. Garvine
BRIAN M. GARVINE          (0068422)
Attorney for Plaintiff
Law Office of Brian M. Garvine, LLC
5 East Long Street, Suite 1100
Columbus, OH 43215
614/223-0290  Fax: 614/221-3201
E-mail: brian@garvinelaw.com
*Counsel for Plaintiff*

## JURY DEMAND

Now comes Plaintiff and demand that the issues herein be tried to a jury of eight (8).

/s/ Brian M. Garvine
BRIAN M. GARVINE          (0068422)
Attorney for Plaintiff

4

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 01 4:02 PM-20CV005814

0F227 - P94

**DOLLAR GENERAL**     CUSTOMER INCIDENT     OH-Y56-S4M

Today's Date: 5-31-2020     Store#/Address: #17278  5950 E Livingston Ave

Customer Name: Nilda Cinto     Social Security #: _____

Home Address: 1020 Longsdale  Castleton  Garden

City: Columbus     State: OH     Zip: 43232     Phone #: 614-951-5029

Date Of Birth: 7-1-46

Store Manager Name: Mindy William     Store Mgr Work Phone: 740-804-3985

District Manager Name: Toyin Adeoiyi     District Mgr Work Phone: 615-559-8952

Date of Incident: 5-31-2020   Time of Incident: 12:56   ☐AM ☒PM   Day of Week: Sunday

Date/Time Reported: 12:56   ☐AM ☒PM   Name of Manager Reported To: Mindy William

## CUSTOMER COPY

## A Claim Representative will contact you regarding your incident.

### If you have any questions, please contact Dollar General Risk Management at:

# 1-800-456-9446



EXHIBIT
A