# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Hilda Gunter, | : | Case No.: 2:20-cv-04892 |
| Plaintiff | : | Judge Marbley |
| | | Magistrate Vascura |
| v. | : | |
| Dollar General Dba Dolgen Midwest, LLC, | : | |
| Defendant, | : | |

## STIPULATION OF DISMISSAL

Now comes Plaintiff, by and through counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismisses her claims, with prejudice.  Each party shall bear their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian M. Garvine* | */s/ D. Patrick Kasson (per consent)* |
| Brian M. Garvine  (0068422) | D. Patrick Kasson |
| The Law Office of Brian M. Garvine, LLC. | Reminger Co., LPA |
| 5 E. Long Street, Suite 1100 | 200 S. Civic Center Drive, Suite 800 |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| Email:  Brian@garvinelaw.com | pkasson@reminder.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |